# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2043
LT Case No. 2019-DP-147

_____

R.N., FATHER of J.N., K.N., K.N.,
and E.N., CHILDREN,

     Appellant,

     v.

DEPARTMENT of CHILDREN and
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Thomas J. Butler, of Thomas Butler, P.A., for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee, Department of Children & Families.

Christopher V. Carlyle, of The Carlyle Appellate Law Firm,
Orlando, Sara Elizabeth Godfard, Statewide Director of Appeals,
and Amanda Victoria Glass, Senior Attorney, of Guardian ad
Litem Office, Tallahassee, for Guardian ad Litem.

November  21, 2023


PER CURIAM.

AFFIRMED.

EISNAUGLE, HARRIS, and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————